UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

ESTHER SOLOMON

                Plaintiff,

    -against-

FORDHAM UNIVERSITY

                Defendant.

------------------------------------------------------X

18 Civ. 04615 ( ER ) ( _____ )

NOTICE OF LIMITED APPEARANCE OF *PRO BONO* COUNSEL

To the Clerk of this Court and all parties of record:

Enter my appearance as *pro bono* counsel in this case on behalf of:

ESTHER SOLOMON [party]

for the limited purpose of FACT DISCOVERY. I certify that I am admitted to practice in this Court.

December 7, 2018
Date

/s/ Jeffrey Then
Signature

Jeffrey Then        JT-0512
Print Name        Bar No.

825 Eighth Avenue
Address

New York    NY    10019
City    State    Zip Code

212-474-1000
Phone No.        Fax. No.

jthen@cravath.com
Email Address