UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/27/2019

ESTHER SOLOMON,

                              Plaintiff,

            – against –

FORDHAM UNIVERSITY,

                              Defendant.

**ORDER**

18 Civ. 04615 (ER)

The Court is in receipt of Solomon's letter of December 17, 2019, Doc. 62, and Fordham's reply of December 23, 2019. The parties are directed to appear for a discovery conference on January 29, 2020 at 10:30 a.m. The Clerk of Court is respectfully directed to mail a copy of this Order to Solomon.

It is SO ORDERED.

Dated:   December 26, 2019
            New York, New York

Vernon S. Broderick
United States District Judge