**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
ESTHER SOLOMON,

                     Plaintiff,

   -against-                                            18 **CIVIL** 4615 (ER)

                                                              **JUDGMENT**

FORDHAM UNIVERSITY,

                     Defendant.
------------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 29, 2022, Solomon's motion for reconsideration is DENIED and Fordham's motion to dismiss the third amended complaint is GRANTED in its entirety; accordingly, the case is closed.

**Dated:**  New York, New York

       March 29, 2022

                                                                     **RUBY J. KRAJICK**

                                                                       **Clerk of Court**

                                               **BY:**    K. Mango

                                                                       **Deputy Clerk**