**EXHIBIT 1**

# FORDHAM UNIVERSITY - UNIVERSITY ACTION FORM

## PURPOSE

| ☐ New Employee | ☐ Transfer | ☐ Promotion | ☐ Reappointment | ☐ Salary Adjustment | ☐ Title Change |
|---|---|---|---|---|---|
| ☑ Leave of Absence | ☐ Exit | ☐ Manual Check | ☐ Other: | | |

## PERSONAL INFORMATION

| Fordham ID No. | Last Name | First Name | MI | Personal Email |
|---|---|---|---|---|
| | Solomon | Esther | | |

## JOB INFORMATION – NEW HIRES

| Employee Classification | Employee Status | Job Type | Start Date | Service Date | Probation End Date |
|---|---|---|---|---|---|
| ☐ Faculty | ☐ Full Time | ☐ 12 Month | | | |
| ☐ Administrator | ☐ Part Time | ☐ 10 Month | | | |
| ☐ Clerical | **Benefit Status** | | Position Title/Level | Position No. | |
| ☐ Maintenance | ☐ Benefits Eligible   ☐ Pension Only | | | | |
| ☐ Casual/Hourly | ☐ Non-Benefitted | | | | |

| HRS | Dept/Location | . | Annual Salary | Biweekly/Hourly Rate | FOAPL/Budget |
|---|---|---|---|---|---|
| | | | $       . | $ | |

| Replaced | Anticipated End Date | Supervisor | Timesheet Approver (if different) |
|---|---|---|---|
| | | | |

## ☐ TRANSFER / ☐ PROMOTION / ☐ REAPPOINTMENT

| FOAPL Budget | | | | Reappt/Grant End Date | |
|---|---|---|---|---|---|

| | Current Title/Level | Position No. | Annual Salary | HRS | Biweekly/Hourly Rate | Department | End Date |
|---|---|---|---|---|---|---|---|
| Current Title/Level | | | $ | | $ | | |
| New Title/Level | | | $ | | $ | | Start Date |

## LEAVES

☑ **Start** Date: **01/01/19**          ☐ **End** Date:

| ☐ Short Term Disability | ☐ FMLA | ☐ LTD | ☐ Worker's Comp | ☑ Personal Leave |
|---|---|---|---|---|

Salary: ☐ Continue ☑ End          ☐ STD Statutory
Benefits: ☐ All  ☐ Medical Only          ☐ Pension Only   ☐ None          **as of 4/17/19**

Faculty Leave Type: ☐ Research   ☐ Fellowship   Length: ☐ Academic Year   ☐ Calendar Year   ☑ Semester

Year: **2019**          Semester: **Spring**
Salary: ☐ Continue   PCT/AMT: _____   ☑ End
Benefits: ☐ All   ☐ Medical Only   ☐ Pension Only   ☐ None

## EXIT

| Effective Date | Exit Reason | Vacation Days | ☐ Eligible for Rehire |
|---|---|---|---|
| | | | ☐ Not Eligible for Rehire |

## ADDITIONAL INFORMATION/COMMENTS

see emails

## HRIS USE ONLY

| Processed for Payroll | Retroactive Days Paid | Retroactive Payment | Vacation Payout | Longevity Added | Salary Deferral |
|---|---|---|---|---|---|
| | | $ | $ | $ | $ |

| Automatic Benefits/Deduction Setup | ☐ LTD | ☐ Basic Life/AD&D | ☐ Health & Welfare | ☐ Union Fees | ☐ Union Dues |
|---|---|---|---|---|---|
| Effective Date(s) | | | | | |
| Amount(s) | $       ' | $ | $ | $ | $ |

## APPROVAL SIGNATURES

| Area VP/Department Manager: | K. Velazquez | Date: | 7/31/19 |
|---|---|---|---|
| Human Resources: | | Date: | |
| HRIS: | | Date: | |

# FORDHAM UNIVERSITY - UNIVERSITY ACTION FORM

*W/out benefits as of 9/1/2021*

## PURPOSE

- ☐ New Employee
- ☑ Leave of Absence
- ☐ Transfer
- ☐ Exit
- ☐ Promotion
- ☐ Manual Check
- ☐ Reappointment
- ☐ Other:
- ☐ Salary Adjustment
- ☐ Title Change

## PERSONAL INFORMATION

| Fordham ID No. | Last Name | First Name | MI | Personal Email |
|---|---|---|---|---|
| | Solomon | Esther | | |

## JOB INFORMATION – NEW HIRES

| Employee Classification | Employee Status | Job Type | Start Date | Service Date | Probation End Date |
|---|---|---|---|---|---|
| ☐ Faculty | ☐ Full Time | ☐ 12 Month | | | |
| ☐ Administrator | ☐ Part Time | ☐ 10 Month | | | |
| ☐ Clerical | Benefit Status | | Position Title/Level | Position No. | |
| ☐ Maintenance | ☐ Benefits Eligible | ☐ Pension Only | | | |
| ☐ Casual/Hourly | ☐ Non-Benefitted | | | | |

| HRS | Dept/Location | Annual Salary | Biweekly/Hourly Rate | FOAPL/Budget |
|---|---|---|---|---|
| | | $ | $ | |

| Replaced | Anticipated End Date | Supervisor | Timesheet Approver (if different) |
|---|---|---|---|
| | | | |

## ☐ TRANSFER   ☐ PROMOTION   ☐ REAPPOINTMENT

| FOAPL Budget | | | | | | | Reappt/Grant End Date | |
|---|---|---|---|---|---|---|---|---|

| Current Title/Level | Position No. | Annual Salary | HRS | Biweekly/Hourly Rate | Department | End Date |
|---|---|---|---|---|---|---|
| | | $ | | $ | | |

| New Title/Level | Position No. | Annual Salary | HRS | Biweekly/Hourly Rate | Department | Start Date |
|---|---|---|---|---|---|---|
| | | $ | | $ | | |

## LEAVES

☑ Start   Date: 02/01/2020        ☐ End   Date:

| ☐ Short Term Disability | ☐ FMLA | ☐ LTD | ☐ Worker's Comp | ☑ Personal Leave |
|---|---|---|---|---|

| Salary: | ☐ Continue | ☑ End | ☐ STD Statutory | |
|---|---|---|---|---|
| Benefits: | ☐ All | ☐ Medical Only | ☐ Pension Only | ☑ None |

| Faculty Leave Type: | ☐ Research | ☐ Fellowship | Length: | ☐ Academic Year | ☐ Calendar Year | ☐ Semester |
|---|---|---|---|---|---|---|

Year: ___   Semester: ___

| Salary: | ☐ Continue | PCT/AMT: ___ | | ☐ End | |
|---|---|---|---|---|---|
| Benefits: | ☐ All | ☐ Medical Only | ☐ Pension Only | ☐ None | |

## EXIT

| Effective Date | Exit Reason | Vacation Days | ☐ Eligible for Rehire |
|---|---|---|---|
| | | | ☐ Not Eligible for Rehire |

## ADDITIONAL INFORMATION/COMMENTS

## HRS USE ONLY

| Processed for Payroll | Retroactive Days Paid | Retroactive Payment | Vacation Payout | Longevity Added | Salary Deferral |
|---|---|---|---|---|---|
| | | $ | $ | $ | $ |

| Automatic Benefits/Deduction Setup | ☐ LTD | ☐ Basic Life/AD&D | ☐ Health & Welfare | ☐ Union Fees | ☐ Union Dues |
|---|---|---|---|---|---|
| Effective Date(s) | | | | | |
| Amount(s) | $ | $ | $ | $ | $ |

## APPROVAL SIGNATURES

| Area VP/Department Manager: | R. Velazguy | Date: | 01/31/2020 |
|---|---|---|---|
| Human Resources: | | Date: | |
| HRIS: | | Date: | 2/3/20 |

CONFIDENTIAL

**EXHIBIT 2**

CONFIDENTIAL
Solomon v. Fordham University
18-cv-04615-ER

Professor 1
- Male
- Date of Birth: XX/XX/1970
- Title: Associate Professor

Professor 2
- Male
- Date of Birth: XX/XX/1950
- Title: Professor

Professor 3
- Male
- Date of Birth: XX/XX/1952
- Title: Professor

Professor 4
- Male
- Date of Birth: XX/XX/1973
- Title: Associate Professor

Professor 5
- Male
- Date of Birth: XX/XX/1956
- Title: Professor

Professor 6
- Male
- Date of Birth: XX/XX/1943
- Title: Professor

Professor 7
- Male
- Date of Birth: XX/XX/1949
- Title: Professor

Professor 8
- Male
- Date of Birth: XX/XX/1935
- Title: Professor-Phased Retirement

Professor 9
- Male

1

CONFIDENTIAL
Solomon v. Fordham University
18-cv-04615-ER

- Date of Birth: XX/XX/1980
- Title: Assistant Professor

Professor 10
- Female
- Date of Birth: XX/XX/1973
- Title: Professor

Professor 11
- Female
- Date of Birth: XX/XX/1981
- Title: Associate Professor

Professor 12
- Female
- Date of Birth: XX/XX/1961
- Title: Professor

Professor 13

- Male
- Date of Birth: XX/XX/1942
- Title: Professor- Retired

Professor 14

- Male
- Date of Birth: XX/XX/1948
- Title: Professor

Professor 15

- Male
- Date of Birth: XX/XX/1949
- Title: Professor

**EXHIBIT 3**

objects to this request as it seeks information outside the scope permitted by Rule 34 of the Federal

Rules of Civil Procedure.

3. **Salary and Equity**
   All documents and data: a) provided to the Salary and Benefits Task Force on Indicators of Gender Salary Equity Among Faculty in connection with the 2008 Report of the Salary and Benefits Task Force on Indicators of Gender Salary Equity Among Faculty
   b) provide equivalent data for faculty from 2008 to present, along with disaggregation by age, gender, religion
   c) from any investigations, policies, recommendations, or change in practices resulting from those Task Force findings, including the "Compression" scheme to raise certain salaries.

## RESPONSE TO REQUEST NO. 3(a)

Defendant objects to this request insofar as Plaintiff's request assumes that the requested

documents are official documents created by Defendant University. Defendant further refers

Plaintiff to the report from the Faculty Task Force previously produced in this action (Bates

number FORDHAM0000177-FORDHAM0000185). Subject to and without waiver of the

Objections and the specific objection herein, Defendant will produce reasonably available,

relevant, non-privileged, responsive documents to the extent that any exist, that are in the

possession, custody or control of Defendant which can be obtained by a reasonable search to the

extent not already provided. Defendant reserves the right to supplement or otherwise modify

Defendant's response as necessary up to and through the time of trial.

## RESPONSE TO REQUEST NO. 3(b)

Defendant objects to this request to the extent it is overbroad, unduly burdensome and

oppressive as Plaintiff requests data for "all" Fordham "faculty from 2008 to present." Defendant

further objects to this request to the extent Plaintiff asks Defendant to create or generate documents

that are not already in Defendant's custody or control.

4

Case: 24-3056 11/22/2024 DktEntry: 1.1 Page 488 of 621
Case 1:18-cv-04615-ER Document 146-3 Filed 01/20/24 Page 9 of 21
Case 1:18-cv-04615-ER Document 146 Filed 04/15/24 Page 38 of 83

## RESPONSE TO REQUEST NO. 3(c)

Defendant objects to this request as the term "Task Force findings" is not properly defined.

Subject to and without waiver of the Objections and the specific objection herein, Defendant will

produce reasonably available, relevant, non-privileged, responsive documents to the extent that

any exist, that are in the possession, custody or control of Defendant which can be obtained by a

reasonable search to the extent not already provided. Defendant reserves the right to supplement

or otherwise modify Defendant's response as necessary up to and through the time of trial.

**4. Financial**

**All Documents Related to Faculty Salaries: Provide all documents, including electronic records, that reflect salary information for faculty members from 2000, broken down by gender, religion, age, department, tenure status, and rank. This includes base salaries, bonuses, overtime pay, and other forms of compensation, including those for special programs, administrative assignments, etc.**

**Statistical Analyses of Wage Disparities: Provide any statistical analyses conducted by or for Fordham that relate to wage disparities among faculty members, including but not limited to analyses by gender, religion, and age.**

**Methodologies for Setting Salaries and Increases: Provide all documents describing the methodologies, criteria, or policies used for determining initial faculty salaries, salary increases, merit pay, bonuses, and other forms of compensation.**

**Communications Regarding Wage-Setting Policies: Provide any communications, including emails and memos, regarding the policies or criteria for setting salaries, bonuses, or raises for faculty members. This includes discussions on adjustments, salary reviews, or changes to salary structures.**

**Job Classifications and Evaluations: Provide documents that outline job classifications, responsibilities, performance evaluation criteria, and the process for evaluating faculty members.**

**Documentation of Efforts to Correct Wage Disparities: Provide all documents showing efforts by Fordham to correct or address wage disparities among faculty members. This includes studies, reports, action plans, and outcomes of such efforts.**

## RESPONSE TO REQUEST NO. 4

Defendant objects to this request to the extent it is overbroad, unduly burdensome and

oppressive as it seeks "all documents . . . that reflect salary information for faculty members."

Defendant further objects to this request as it is not properly limited in time/or scope as it seeks

documents "from 2000." Defendant further objects to this request to the extent Plaintiff asks

5

Case: 24-3056   11/22/2024   DktEntry: 1.1   Page 489 of 621
Case 1:18-cv-04615-ER   Document 146-3   Filed 06/20/24   Page 10 of 21

Case 1:18-cv-04615-ER   Document 146   Filed 04/15/24   Page 39 of 83

Defendant to create or generate documents that are not already in Defendant's custody or control. Defendant further refers Plaintiff to the policies previously produced in this action for information regarding how faculty salaries are set. (Bates number FORDHAM0000001-FORDHAM0000133). Defendant further refers Plaintiff to the W2 files previously produced in this action which include salary information for Plaintiff and those professors who Plaintiff alleged were comparator professors as defined in Plaintiff's First Set of Requests to Defendant for the Production of Documents (Bates number FORDHAM0000202-FORDHAM0000324, FORDHAM0013624-FORDHAM0013656). To the extent that Plaintiff expanded the scope of alleged "Comparator Professors" in Plaintiff's Second Request for Documents, Defendant objects. Subject to those objections, Defendant will produce reasonably available, relevant, non-privileged, responsive documents to the extent that any exist, that are in the possession, custody or control of Defendant which can be obtained by a reasonable search to the extent not already provided. Defendant reserves the right to supplement or otherwise modify Defendant's response as necessary up to and through the time of trial.

5.     **Protected Class Professor Pattern and Practice**
       **Provide communications, documents, and personnel records for professors in protected classes who allegedly suffered discriminatory practices using methods similar to those used against Plaintiff. These include Profs. Wright, Zelany, Hessel, Gorgantzis, Marks, Yoon, Orsini, Dubrow, Welch, Weiss, and Gautschi.**
       **This should include their hiring documents, performance evaluations, disciplinary records, complaints of discrimination by the professors, communications related to employment status changes, and any retirement or termination paperwork.**

## RESPONSE TO REQUEST NO. 5

Defendant further objects to this request to the extent it seeks documents and information neither relevant nor reasonably calculated to lead to the discovery of admissible evidence insofar as it requests "hiring documents, performance evaluations, disciplinary records, complaints of

6

**EXHIBIT 4**

extent not already provided. Defendant reserves the right to supplement or otherwise modify

Defendant's response as necessary up to and through the time of trial.

**7.     COBRA as Customary**
**In her June 19, 2019 email to Dr. Solomon, with copies to Dean Boron, Provost Crystal, Dean Crooker, Ms. Elaine Crosson, Esq., James Ryan, Esq, and the Fordham President, Dean Rapaccioli, stated:**
> **"It is customary that faculty on unpaid leave continue on the University health insurance plan through participation in COBRA..." (Dkt. 95-2, Exhibit 31, pp. 69-70)**

**Produce records of all Business school tenured faculty on unpaid or other leave removed from Fordham Health Care and sent to COBRA for health care coverage since 2000. Produce corresponding correspondence with Discovery Benefits, the IRS, and other entities regarding the "customary" use of COBRA for tenured professors on leave. Produce Fordham policies and procedures on the use of COBRA for tenured Fordham Business School professors on leave.**

**RESPONSE TO REQUEST NO. 7**

Defendant objects to this request as it is not properly limited in time/or scope and it seeks

privileged and confidential employment and health care records of "all" business school tenured

faculty members in the form of correspondence reflecting "unpaid or other leave removed from

Fordham Health Care and sent to COBRA . . . since 2000." Subject to those objections, Defendant

will produce reasonably available, relevant, non-privileged, responsive documents to the extent

that any exist, that are in the possession, custody or control of Defendant which can be obtained

by a reasonable search to the extent not already provided.  Defendant reserves the right to

supplement or otherwise modify Defendant's response as necessary up to and through the time of

trial.

**8.     Investigations**
**Provide documents and communications within Fordham concerning any investigation(s) of the Complaint of Prof. Solomon and the factual allegations or claims at issue in this lawsuit. All documents and communications between and amongst members of the Administration, including but not limited to President Father McShane, Provost Freedman, Dean Rapaccioli, VP Crystal, Dr. Hollwitz, Gabelli Business School faculty members, Fordham undergraduate administrators and faculty, and others so identified in:**

8

**EXHIBIT 5**

The tenured members of the Department/School meeting on _____ (date) to consider the promotion of _____ _____ (candidate's name) consisted of the faculty members whose names are printed below. Each of the members has read or has had read to him/her the Chairperson's report of the meeting as indicated by the following signatures.

| Printed Last Name | Signature | Printed Last Name | Signature |
|---|---|---|---|
| | | | |

AVPAA August 2001

**FORDHAM0015933**



CONFIDENTIAL

FORDHAM0016344





**CONFIDENTIAL**

faculty members from  e Unit/School have interviewed the applicant and have been
asked to send their .  mmendations to the Dean:

Case: 24-3056, 11/22/2024, DktEntry: 1.1, Page 496 of 621

FORDHAM0016364

## Q1 - Please sign here:

Q1_Id - Id



| | | | |
|---|---|---|---|
| | | 8.09KB | image/png |
| | | 5KB | image/png |
| | | 5.67KB | image/png |
| | | 7.11KB | image/png |
| | | 2.7KB | image/png |
| | | 8.4KB | image/png |

**End of Report**

**CONFIDENTIAL**

**FORDHAM0017151**

FORDHAM0015972

# NAME: ███████████████ – INFO SYSTEMS

## Application for Promotion - 2018

| PRINT NAME | SIGNATURE | DATE | TIME TAKEN | TIME RETURNED |
|------------|-----------|------|------------|---------------|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

CONFIDENTIAL



CONFIDENTIAL

FORDHAM0016344

### INTEROFFICE MEMORANDUM

**TO:**        DAVID STUHR

**FROM:**    MAUREEN TIERNEY

**SUBJECT:**  TUTORIAL PAYMENTS

**DATE:**     9/28/04

As per your request we have saved the tutorial requests of the past several months until we could submit them in bulk. Please make the following tutorial payments charged to budget 246100-1110. Supporting documentation is attached.



|  | | | 1 tutorial | Fall 2003 |
|---|---|---|---|---|
|  | | | 1 tutorial | Spring 2004 |
|  | | | 3 tutorials | Summer 2004 |
|  | | | 3 tutorial | Spring 2004 |
|  | | | 1 tutorial | Summer 2004 |
|  | | | 1 tutorial | Summer 2004 |
|  | | | 2 tutorials | Spring 2004 |
| Professor 15 | 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 | $450 | 1 tutorial | Summer 2004 |

In addition please make the following payments:

▬▬▬▬ ▬▬▬ charged to ▬▬▬▬ work on two field studies (one in Spring 2004 and one in Summer 2004).

▬▬▬ ▬▬▬ ▬▬▬ ▬▬▬ work on two field studies in Summer 2004.

CONFIDENTIAL