UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ESTHER SOLOMON,

               Plaintiff,

– *against* –

FORDHAM UNIVERSITY,

               Defendant.

**ORDER**

18-cv-4615 (ER)

Ramos, D.J.:

    The case management conference scheduled for today at 11:30 a.m. is adjourned.

The parties are directed to file a status letter regarding discovery by February 28, 2025.

    It is SO ORDERED.

Dated:    February 14, 2025
              New York, New York

                                                EDGARDO RAMOS, U.S.D.J.