UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ESTHER SOLOMON,

      Plaintiff,

– against –

FORDHAM UNIVERSITY,

      Defendant.

**ORDER**

18-cv-4615 (ER)

RAMOS, D.J.:

  Esther Solomon, proceeding *pro se*, filed a motion to compel discovery, enforce subpoenas, reinstate a protective order, and for sanctions on August 27, 2025.  Doc. 182.  Fordham University filed its opposition on October 24, 2025.  Doc. 190.

  As of today, Solomon has not filed a reply.  If Solomon should wish to file a reply, she must do so by November 12, 2025.  If Solomon does not file a reply by November 12, 2025, the motion will be deemed fully briefed.

  It is SO ORDERED.

Dated: October 31, 2025
    New York, New York

                   EDGARDO RAMOS, U.S.D.J.